344 F.2d 964
 AETNA CASUALTY & SURETY CO., Inc., Appellee,
v.
SHERWOOD DISTILLING CO., Inc., Appellant.
 No. 9862.
 United States Court of Appeals Fourth Circuit.
 Argued May 6, 1965.
Decided May 14, 1965.
 
 John F. King, Baltimore, Md. (Ward B. Coe, Jr., Arthur K. Crocker, and Anderson, Coe & King, Baltimore, Md., on brief), for appellant.
 Preston C. King, Jr., Washington, D.C. (William B. Kempton, Baltimore, Md., and John A. Whitney, Washington, D.C., on the brief), for appellee.
 Before BOREMAN and BRYAN, Circuit Judges, and LEWIS, District Judge.
 PER CURIAM:
 
 
 1
 For the reasons stated by the District Judge in his opinion, 235 F.Supp. 776 (D.C.Md. 1964), the judgment on appeal is affirmed.
 
 
 2
 Affirmed.